83,257-01

WRIT NO. W09-60181-T(A) styled Ex Parte Israel Coronel

Trial Cause No. F09-60181-T

From: Israel Coronel #1780504
Ramsey One Unit
1100 FM. 655 Rd.
Rosharon. TX. 7758~~RECEIVED IN~~

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 20~~~

To: Abel Acosta, CLERK of the Court of Criminal Appeals
P.O. Box. 12308, Capitol Station
Austin, Texas 78711

Abel Acosta. Clerk

BRING THIS MATTER TO THE ATTENTION TO THE COURT THAT I AM REQUESTING FOR HELP TO MAKE DALLAS COUNTY CLERK GARY FITZSIMMONS TO SEND MY APPLICATION FOR WRIT OF HABEAS CORPUS UNDER ARTICLE 11.07 PRO SE NO. W09-60181-T(A) TO THE COURT OF CRIMINAL APPEALS TO BE REVIEWED TO OBTAIN RELIEF ON MY CASE.

Dear CLERK Abel Acosta,

I, Israel Coronel TDC-ID #1780504, Filed an application 11.07. The application for writ of habeas corpus styled Ex Parte Israel Coronel has been referred to the Judicial 283rd District Court, Dallas County, Texas. The application was placed in the mail box on December 8th, 2014. The State made a Response denying my five grounds, but, State requested to the trial Court for an order designating issues if any, and gather evidence by reviewing the Courts own records to determine the merit to applicant's claims. The Court stated in an "order." "Having considered the applicant's application for writ of habeas corpus and the States Response, the Court finds that controverted, previously unresolved Factual issues which require additional evidence and/or testimony to be resolved." The Court appointed April E. Smith to resolve the issues and prepare findings of fact and conclusions of law for the Court., Then, the State made a Supplemental response to the application., Since then, I did not have received any other letters from you, the clerk of the Court of Criminal Appeals. On March 17, 2015, I send a letter to the Clerk of Dallas County Texas

Page 1 of 2

requesting for information of Writ No. W09-60181-T(A)., The Dallas County Clerk did not answered anything. Then, I filed an Application For Writ of Mandamus to the 283rd Judicial District Court Dallas County, Texas., The application of Mandamus was placed in the mail box on April 6th, 2015; was designated to the clerk of Dallas County Gary Fitzsimmons, and he never answered, to this date that, has been so long, and the Dallas County Clerk did not send the application 11.07 Writ NO. W09-60181-T(A) as is required, to the Court of Criminal Appeals to be reviewed.

Dallas County Clerk did not answered to any letter that I sent him requesting for Information about my 11.07 application, or neither to my application for "Writ of Mandamus". ¿What is my next step? ¿What can I do next?

I need to resolve this matter because there are other issues to be resolved about my unfair trial, and my illegal deprivation of my liberty. because I'm not guilty of this case and false accusations.

"Please, help me to make the Dallas County Clerk to send forward my 11.07 Application Habeas Corpus Pro se, Because the case was based in other case, in other police report, but for the trial Court's abuse of discretion, I'm illegally detained for a crime that I did not commit, and I need the court to take in consideration for my relief.

"Thank you very much".

Respectfully submitted

By: Israel Coronel
Israel Coronel Petitioner Pro se
TDCJ# 1780504
Ramsey 1 Unit
1100 F.M. 655 Rd.
Rosharon, TX. 77583

Signed in the 4th, day of May 2015.
Executed and placed in the Mail box in the 4th day of May 2015.